UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ABU HASHEM W.Q. MALICK, ET AL.<br><br>Plaintiff,<br><br>VS.<br><br>JPMORGAN CHASE BANK, N.A., ET AL.<br><br>Defendants. | CIVIL ACTION NO.<br>3:13-cv-00669-VLB<br><br><br><br>OCTOBER 13, 2015 |

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

The Defendant, JPMorgan Chase Bank, N.A. ("JPMC" or "Defendant"), hereby responds to the Plaintiff's Second Amended Complaint, dated August 13, 2014, as follows:

### INTRODUCTION

As to any allegations contained within the Introduction, denied.

### PARTIES

1. As to the allegations of Paragraph 1, the Plaintiff lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

2. Paragraph 2 is denied insofar as Shujatt Q. Malick is no longer a party to this case, pursuant to this Court's decision dated September 29, 2015.

3. Admitted, except insofar as the allegation suggests that Defendant was "established" under the laws of the State of Connecticut.

4. Denied, to the extent that Safeguard Properties, LLC is no longer a party to this case by virtue of this Court's decision dated September 30, 2015.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## FACTS

5. As to the allegations of Paragraph 5, admitted.

6. As to the allegations of Abu Hashem's ownership, admitted. Defendant denies that Shujaat Malick is an equitable owner of the property.

7. As to the allegations in Paragraph 7, admitted.

8. As to the allegations in Paragraph 8, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

9. As to the allegations of Paragraph 9, denied.

10. As to the allegations of Paragraph 10, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation, particularly as to the legal conclusions which appear to be embedded within the allegation.

11. As to the allegations of Paragraph 11, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation regarding "WaMu's assets." Defendant admits that it acquired this loan from the FDIC, as Receiver for Washington Mutual Bank.

12. As to the allegations of Paragraph 12, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

13. As to the allegations of Paragraph 13, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

14. As to the allegations of Paragraph 14, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

15. As to the allegations of Paragraph 15, Defendant denies that the property was "regularly monitored" by Shujaat. As to the remaining allegations,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

16. As to the allegations of Paragraph 16, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

17. As to the allegations of Paragraph 17, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

18. As to the allegations of Paragraph 18, Defendant admits that, at one point in time, a police officer with the Fairfield Police Department inspected the property and issued an investigative report. As to the remainder of the allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

19. As to the allegations of Paragraph 19, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

20. As to the allegations of Paragraph 20, denied.

21. As to the allegations of Paragraph 21, admitted that Abu Hashem Malick appears to have sent the letter referenced to Safeguard. As to the remainder of the allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

22. As to the allegations of Paragraph 22, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

23. As to the allegations of Paragraph 23, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

24. As to the allegations of Paragraph 24, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

25. As to the allegations of Paragraph 25, Defendant lacks knowledge or information sufficient to form a belief as to whether it has "refused to come to terms with Abu Hashem's demands," but admits that it contests any alleged responsibility and/or liability it has for this matter.

26. As to the allegations of Paragraph 26, Defendant denies that it has threated any "illegal takeover of the Premises." As to the remainder of the allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

27. As to the allegations of Paragraph 27, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

28. As to the allegations of Paragraph 22, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

29. As to the allegations of Paragraph 29, denied.

30. As to the allegations of Paragraph 30, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

31. As to the allegations of Paragraph 31, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

32. As to the allegations of Paragraph 22, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation.

33. As to the allegations of Paragraph 33, denied.


One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## COUNT ONE

34. As to the allegations of Paragraph 34, denied.

## COUNT TWO

35. As this cause of action has been disposed of as a result of this Court's rulings dated September 29, 2015 and September 30, 2015, Defendant does not respond.

## COUNT THREE

36. As this cause of action has been disposed of as a result of this Court's rulings dated September 29, 2015 and September 30, 2015, Defendant does not respond.

## COUNT FOUR

37. As this cause of action has been disposed of as a result of this Court's rulings dated September 29, 2015 and September 30, 2015, Defendant does not respond.

## COUNT FIVE

38. As to the allegations of Paragraph 38, denied.

## COUNT SIX

39. As this cause of action has been disposed of as a result of this Court's rulings dated September 29, 2015 and September 30, 2015, Defendant does not respond.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## COUNT SEVEN

40. As this cause of action has been disposed of as a result of this Court's rulings dated September 29, 2015 and September 30, 2015, Defendant does not respond.

## COUNT EIGHT

41. As this cause of action has been disposed of as a result of this Court's rulings dated September 29, 2015 and September 30, 2015, Defendant does not respond.

## COUNT NINE

42. As this cause of action has been disposed of as a result of this Court's rulings dated September 29, 2015 and September 30, 2015, Defendant does not respond.

## COUNT TEN

43. As to the allegations of paragraph 43, denied.

## COUNT ELEVEN

44. As to the allegations of Paragraph 44, denied.

## COUNT TWELVE

45. As this cause of action has been disposed of as a result of this Court's rulings dated September 29, 2015 and September 30, 2015, Defendant does not respond.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## COUNT THIRTEEN

46. As this cause of action has been disposed of as a result of this Court's rulings dated September 29, 2015 and September 30, 2015, Defendant does not respond.

## COUNT FOURTEEN

47. As this cause of action has been disposed of as a result of this Court's rulings dated September 29, 2015 and September 30, 2015, Defendant does not respond.

## COUNT FIFTEEN

48. As to the allegations of Paragraph 48, denied.

## PRAYER FOR RELIEF

The Defendant denies the Prayer for Relief in its entirety.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Second Amended Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Any and all injury, damage or loss sustained by Plaintiff was proximately caused and/or contributed to by the Plaintiff's own culpable conduct, and comparative responsibility.

## THIRD AFFIRMATIVE DEFENSE

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Any and all damages to which the Plaintiff would otherwise be entitled must be offset by the debt owed to JPMC.

## FOURTH AFFIRMATIVE DEFENSE

The claims asserted are barred by the equitable doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

The claims are barred due to the Plaintiff's failure to mitigate his damages.

## SIXTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by his own breach of the parties' contract.

## SEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs are barred in that the Defendant had license under the parties' agreement to enter on to the Property and protect its interests as necessary and appropriate.

THE DEFENDANT,
JPMORGAN CHASE BANK, NA

By: _____/s/_____
Brian D. Rich
Fed. Bar No. ct24458
Meg R. Reid
Fed. Bar No. ct28338
HALLORAN & SAGE LLP
225 Asylum Street
Hartford, Connecticut 06103
Tel: 860-522-6103
Fax: 860-548-0006
rich@halloransage.com
reid@halloransage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on the 13th day of October, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Shujaat Q. Malick
26 Bibbins Ave
Fairfield, CT 06825

Shujaat Q. Malick
4405 Black Rock Turnpike
Fairfield, CT 06824-4832

Abu Hashem W.Q. Malick
4405 Black Rock Turnpike
Fairfield, CT 06824-4832

Bernard F. Gaffney
Rome McGuigan, P.C.
One State Street, 13th Flr.
Hartford, CT 06103

Roy W. Moss
143 Rowayton Ave.
Norwalk, CT 06853

Michael J. Traft
One State St., Ste. 1500
Boston, MA 02109

/s/
Brian D. Rich

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105